IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:08CR270** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JUAN RAMON GAONA-LOZANO,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of defendant Juan Ramon Gaona-Lozano (Gaona-Lozano) to continue (Filing No. 16). The motion does not comply with NECrimR 12.3 (a) and paragraph 9 of the Progression Order (Filing No. 11) in that the motion is not accompanied by the defendant's affidavit or declaration stating that defendant:

(1)  Has been advised by counsel of the reasons for seeking an extension;
(2)  Understands that the time sought by the extension may be excluded from any calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*; and
(3)  With this understanding and knowledge, agrees to the filing of the motion.

Accordingly, the motion (Filing No. 16) is:

( X )  Held in abeyance pending compliance with NECrimR 12.3(a) and Paragraph 9 of the Progression Order. Absent compliance **on or before August 18, 2008**, the motion will be deemed withdrawn and termed on the docket.

(   )  Denied.

**IT IS SO ORDERED.**

DATED this 12th day of August, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge