IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR270 |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN RAMON GAONA-LOZANO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to withdraw motion for final order of forfeiture and vacate preliminary order of forfeiture (Filing No. 48). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion is granted; the motion for final order of forfeiture (Filing No. 47) is withdrawn.

2) The preliminary order of forfeiture (Filing No. 44) is vacated.

DATED this 9th day of April, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court